| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  11 |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**  DEETOWN ENTERTAINMENT, INC.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  13-4001454

4. **Debtor's address**

   **Principal place of business**
   1365 York Avenue-#7A
   New York, NY 10021
   Number, Street, City, State & ZIP Code

   New York
   County

   **Mailing address, if different from principal place of business**

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership
   ☐ Other. Specify:  _____

Debtor  DEETOWN ENTERTAINMENT, INC.                                              Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.
   _____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.

■ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | Southern District of New York | 8/28/15 | 15-BK-12395 |
| | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | Ali Theodore | Relationship to you | Sole shareholder |
|---|---|---|---|
| District | Southern District of New York | When 8/24/15 | Case number, if known 15-11781 |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor   DEETOWN ENTERTAINMENT, INC.                                         Case number (*if known*)
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* <br> ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No <br> ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** (*Check all that apply.*) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>    What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>    Number, Street, City, State & ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.  Insurance agency _____ <br>        Contact name _____ <br>        Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* <br> ■ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
| **15.** | **Estimated Assets** | ■ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ■ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |

| Debtor | DEETOWN ENTERTAINMENT, INC. | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March , 2016
              MM / DD / YYYY

**X** /s/ Mr. Ali Theodore                         Mr. Ali Theodore
Signature of authorized representative of debtor   Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Gabriel Del Virginia, Esq.               Date   March , 2016
Signature of attorney for debtor                          MM / DD / YYYY

Gabriel Del Virginia, Esq.
Printed name

LAW OFFICES OF GABRIEL DEL VIRGINIA
Firm name

30 Wall Street,
12th Floor,
New York, NY 10022
Number, Street, City, State & ZIP Code

Contact phone   212-371-5478       Email address   gabriel.delvirginia@verizon.net

(GDV-4951)
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | DEETOWN ENTERTAINMENT, INC. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 373-381 PAS Associates, LP  555 Fifth Avenue  New York, NY 10017 | | Guarantor | Contingent  Unliquidated  Disputed | | | $114,565.92 |
| American Exress (Blue)  PO Box 981540  El Paso, TX 79998 | | Credit Card | | | | $3,234.59 |
| Chase Card Services  PO Box 94014  Palatine, IL 60094 | | Credit Card | | | | $4,542.23 |
| Chase Card Services  PO Box 94014  Palatine, IL 60094 | | Credit Card | | | | $13,813.15 |
| Chuck Lombardo  212 St. Andrews  Saint Simons Island, GA 31522 | | Business/Personal Loan | Unliquidated  Disputed | | | $117,000.00 |
| Discover Financial Services  PO Box 6103  Carol Stream, IL 60197 | | Credit Card | | | | $9,581.03 |
| HSBC  PO Box 1257  Buffalo, NY 14240 | | Credit Card | | | | $11,213.38 |
| Jason Gleed  c/o Maloney & McCaffrey  3 Columbus Circle--15th Floor  New York, NY 10019 | | Complaint | Contingent  Unliquidated  Disputed | | | $0.00 |

Debtor   DEETOWN ENTERTAINMENT, INC.                         Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Joseph Katsaros Reitler, Calais & Rosenblatt, 885 Third Ave--20th Floor New York, NY 10022 | | Judgment | | | | $90,263.22 |
| M&H Music Management, LLC 601 Park Avenue New York, NY 10065 | | Complaint | Contingent Unliquidated Disputed | | | $0.00 |
| Russell Catania 7 Setalcott Place N. East Setauket, NY 11733 | | | | | | $254,722.00 |

.

```
373-381 PAS ASSOCIATES, LP
555 FIFTH AVENUE
NEW YORK, NY 10017


AMERICAN EXRESS (BLUE)
PO BOX 981540
EL PASO, TX 79998


CHASE CARD SERVICES
PO BOX 94014
PALATINE, IL 60094


CHUCK LOMBARDO
212 ST. ANDREWS
SAINT SIMONS ISLAND, GA 31522


DISCOVER FINANCIAL SERVICES
PO BOX 6103
CAROL STREAM, IL 60197


HSBC
PO BOX 1257
BUFFALO, NY 14240


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JASON GLEED
C/O MALONEY & MCCAFFREY
3 COLUMBUS CIRCLE--15TH FLOOR
NEW YORK, NY 10019


JOSEPH KATSAROS
REITLER, CALAIS & ROSENBLATT,
885 THIRD AVE--20TH FLOOR
NEW YORK, NY 10022


M&H MUSIC MANAGEMENT, LLC
601 PARK AVENUE
NEW YORK, NY 10065
```

```
MR. ALI THEODORE
1365 YORK AVENUE
#7A
NEW YORK, NY 10021


MR. JASON GLEED
C/O MALONEY & MCCAFFREY
3 COLUMBUS CIRCLE-15TH FLOOR
NEW YORK, NY 10019


NYS DEPARTMENT OF TAXATION & F
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300


RUSSELL CATANIA
7 SETALCOTT PLACE N.
EAST SETAUKET, NY 11733
```

# United States Bankruptcy Court
## Southern District of New York

In re  DEETOWN ENTERTAINMENT, INC.  
                      Debtor(s)

Case No.  
Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   DEETOWN ENTERTAINMENT, INC.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March , 2016  
**Date**

/s/ Gabriel Del Virginia, Esq.  
Gabriel Del Virginia, Esq. (GDV-4951)  
Signature of Attorney or Litigant  
Counsel for  DEETOWN ENTERTAINMENT, INC.  
LAW OFFICES OF GABRIEL DEL VIRGINIA  
30 Wall Street,  
12th Floor,  
New York, NY 10022  
212-371-5478 Fax:212-371-0460  
gabriel.delvirginia@verizon.net